CASE NO. 14-10445-FF

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DAVID ERIC HAMMER and
ANNE MARIE NEEL HAMMER,

    Appellants,                     Appeal from the United
                                        States District Court for the
vs.                                       Middle District of Florida

BANK OF AMERICA,

    Appellee.

## AGREED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

David Eric Hammer and Anne Marie Neel Hammer, Appellants, by and through counsel, request a 30-day extension of time to file their Reply Brief in this cause. As grounds therefor, counsel states that he has numerous pressing matters that have made it impossible for him to complete the Reply Brief in the allotted time. Accordingly, Appellants respectfully request until October 28, 2014 to file their Reply Brief.

                                                         /s/ Geoffrey Todd Hodges
                                                         GEOFFREY TODD HODGES
                                                         G.T. Hodges, P.A.
                                                         FBN: 379964
                                                         905 Shaded Water Way
                                                         Lutz, Florida 33549
                                                         (813) 933-3650
                                                         (813) 935-3230 (fax)
                                                         gthodges1@msn.com
                                                         Counsel for Appellants

## CERTIFICATION

      I certify that I have sought and obtained the agreement of opposing counsel to the relief sought in this Motion

/s/ Geoffrey Todd Hodges

## CERIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 23, 2014, I served a true and correct copy of the foregoing via the Court's CM/ECF system or via regular United States Mail on Ronnie Bitman, Esq., 485 North Keller Road, Suite 401, Maitland, FL 32751.

/s/ Geoffrey Todd Hodges